[No. 27007-9-I.   Division One.   September 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
A. DRAPER, *Appellant*.

The unpublished opinion in the above captioned case filed on August 17, 1992, and noted at 66 Wn. App. 1067, is *withdrawn* by order of the Court of Appeals dated September 25, 1992.

[No. 15461-7-II.   Division Two.   September 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICARDO
CASTANEDA MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 91-1-00127-1, David E. Foscue, J., entered October 28, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.

[No. 15383-1-II.   Division Two.   September 25, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
DUANE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00903-3, Barbara D. Johnson, J., entered September 6, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Seinfeld, J.